```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELCEY DEPTULA,

                        Plaintiff,

-against-

JONATHAN ROSEN, CERAMICA DE ESPANA,

                        Defendants.

20 Civ. 2371 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The parties were required to submit a joint status letter and proposed case management plan by May 12, 2020. ECF No. 4. They failed to do so, and the Court ordered the parties to submit those documents by May 14, 2020. ECF No. 7. They also failed to file the required submissions by that date, and the Court adjourned the scheduled initial pretrial conference to May 26, 2020 and ordered the parties to submit their joint letter and proposed case management plan by May 19, 2020. ECF No. 8. Once again, those submissions are overdue.

    It is ORDERED that by **May 22, 2020**, at **12:00 p.m.**, the parties shall submit their joint status letter and proposed case management plan. In addition to the information required by the Court's March 25, 2020 order, ECF No. 4, the joint letter shall contain a statement explaining the parties' failure to meet the May 12, May 14, and May 19 filing deadlines.

    SO ORDERED.

Dated: May 20, 2020
         New York, New York

                                                        ANALISA TORRES
                                               United States District Judge