```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

KELCEY DEPTULA,

                              Plaintiff,

-against-

JONATHAN ROSEN, CERAMICA DE ESPANA,

                              Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/5/2020
```

20 Civ. 2371 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 26, 2020, the Court ordered the parties to file a joint status letter and proposed case management plan by August 4, 2020.  ECF No. 15.  If Plaintiff was unable to serve Defendants, then by August 4, 2020, Plaintiff was required to file a letter describing efforts to effect service and the reasons for their failure.  *Id.*  Those submissions are now overdue.

    It is ORDERED that by **August 6, 2020**, either the parties shall file their joint letter and proposed case management plan, or Plaintiff shall file the required letter regarding service.  It is further ORDERED that the letter (whether jointly filed or filed by Plaintiff alone) shall explain the reasons that the required submissions were not filed in advance of the deadline set by the Court, for the fifth time in the course of this short litigation.  *See* ECF Nos. 7, 8, 9, 10.

    SO ORDERED.

Dated: August 5, 2020
       New York, New York

                                                             ANALISA TORRES
                                              United States District Judge