UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELCEY DEPTULA,

                  Plaintiff,

-against-

JONATHAN ROSEN, CERAMICA DE ESPANA,

                  Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/2020
```

20 Civ. 2371 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 27, 2020, Defendants filed a "motion" entering a "limited/special appearance" for the purpose of moving to dismiss this action for insufficient service of process under Rule 12(b)(5) of the Federal Rules of Civil Procedure. ECF No. 20. The Court's Individual Practices in Civil Cases require the filing of a pre-motion letter prior to the filing of any motion, except for specified categories not applicable here. *See* Individual Practices Rule III(A).

    The Court will construe Defendants' filing as a pre-motion letter. Accordingly, it is ORDERED that by **September 3, 2020**, Plaintiff shall submit a letter responding to Defendants' filing.

    Because Defendants purport to have entered a limited appearance to challenge service of process, the initial pretrial conference scheduled for September 9, 2020 is ADJOURNED *sine die*.

    SO ORDERED.

Dated: August 28, 2020
       New York, New York

                                                  ANALISA TORRES
                                         United States District Judge