UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELCEY DEPTULA,

                Plaintiff,

-against-

JONATHAN ROSEN, CERAMICA DE ESPANA,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/25/2020

20 Civ. 2371 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The initial pretrial conference scheduled for September 29, 2020 is ADJOURNED to **October 21, 2020**, at **11:30 a.m.** The conference will proceed telephonically. The parties are directed to call (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

      To date, Plaintiff has failed to participate in the submission of the joint status letter and proposed case management plan required by the Court in advance of an initial pretrial conference. *Cf.* ECF No. 26 (pre-conference statement and proposed case management plan submitted by Defendants only). Accordingly, it is ORDERED that by **October 14, 2020**, counsel for Plaintiff shall confer with counsel for Defendants, and <u>Plaintiff</u> shall submit the parties' joint status letter and proposed case management plan. *See* ECF No. 4 ¶¶ 4–5.

      SO ORDERED.

Dated: September 25, 2020
       New York, New York

                                              ANALISA TORRES
                                     United States District Judge