USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELCEY DEPTULA,

        Plaintiff,

-against-

JONATHAN ROSEN, et al.,

        Defendants.

20-CV-2371 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Attorney Bruno has failed to file any proof that he served this Court's October 16, 2020 Order (Dkt. No. 40) or this Court's October 23, 2020 Order (Dkt. No. 42) on his client, despite provisions in both Orders requiring him to serve them "immediately" and file proof of same "promptly." Attorney Bruno is reminded that this Court may issue "any just orders" if a party or her attorney "fails to obey a scheduling or other pretrial order," including orders imposing monetary sanctions and/or "treating as contempt of court the failure to obey." Fed. R. Civ. P. 16(f)(1)(C), 37(b)(2)(A)(vii). The Court also possesses inherent authority "to fashion an appropriate sanction for conduct which abuses the judicial process." *Goodyear Tire & Rubber Co. v. Haeger*, 137 S. Ct. 1178, 1186 (2017) (internal quotation marks omitted). If by **November 6, 2020** attorney Bruno has not served the October 16 Order and the October 23 Order on his client, and filed acceptable proof of such service, the Court will consider, *sua sponte*, what sanctions may be appropriate.

Dated: New York, New York
       October 30, 2020

**SO ORDERED**.

                                */s/ Barbara Moses*
                              **BARBARA MOSES**
                              **United States Magistrate Judge**